# EXHIBIT A



**SAVAGE TURNER PINCKNEY SAVAGE AND SPROUSE**
TRIAL ATTORNEYS

BRENT J. SAVAGE
ROBERT BARTLEY TURNER
KATHRYN HUGHES PINCKNEY
BRENT J. SAVAGE, JR.
ZACHARY R. SPROUSE
JAMES H. WILSON III
CAROLYN ADAMS SPELLMAN
ELIZABETH D. MCKEE
MATTHEW R. BRADLEY

April 24, 2024

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**NO.: 9589 0710 5270 0632 4458 01**

Ramsey Bennett, Pierce County Sheriff
Pierce County Sheriff's Office
300 Pierce Industrial Boulevard,
Blackshear, Georgia 31516

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**NO.: 9589 0710 5270 0632 4458 18**

Adam Craft, Esquire
Pierce County Attorney
McGee and Craft, P.C.
P.O. Box 679
Waycross, Georgia 31502-0679

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**NO.: 9589 0710 5270 0632 4458 25**

Neal Bennett, Chairman
Pierce County Board of Commissioners
312 Nichols Street, Suite #5,
Blackshear, Georgia 31512

**Ante Litem Notice Pursuant to O.C.G.A. § 36-11-1.**
**Demand for Insurance Coverage Pursuant to O.C.G.A. § 33-3-28(a)(2)**

| | |
|---|---|
| **Our Clients:** | Rob Taylor and Becky Lastinger, as parents and next friends of their deceased son, Ethan Taylor; Petition pending to appoint parents administrators of the Estate of Ethan Taylor. |
| | Kayla Herrin, as mother of minor child Micah Keane McKinney |
| | Kyla Thornton, as mother of minor child Decklyn James Taylor |
| **Dates of Occurrence:** | December 27, 2023 (date of initial confinement of of Ethan Taylor) through December 30, 2023 (date Ethan Taylor pronounced dead by Pierce County Coroner). |
| **Government Entity:** | Pierce County Sheriff/Sheriff's Department |
| **Amount Claimed:** | $5,000,000.00 |

{continued on following page}

Dear Gentlemen:

Please be advised that this office, along with Brown & Thigpen, P.C. in Waycross, represents Rob Taylor and Becky Lastinger, as parents and next friends of their deceased son, Ethan Taylor, in connection with his wrongful death resulting from his grossly negligent care and supervision by deputies/jailers of Peirce County Sheriff's Office while an inmate in the County jail from December 27 up to December 30, 2023.

On information and belief, various deputies/jailers at the County jail (whose identities will likely be disclosed in the pending investigative report and materials of Ethan Taylor's death by the Georgia Bureau of Investigation) failed to make timely and adequate medical care available to Ethan and completely ignored his debilitating and deteriorating condition including his cries for immediate and adequate medical treatment and hospitalization. Rather than seeking out and obtaining reasonable and necessary, indeed crucial life sustaining, medical care for Ethan, he was taken away from contact with other inmates and staff on December 29 and put by deputies/jailers in an isolation cell, colloquially called the "rubber room", where he apparently remained until pronounced dead by the Pierce County Coroner on December 30 at 11:59 p.m. Ethan's medical care will be shown to be so grossly incompetent and inadequate that it truly shocks the conscience by its refusal to provide essential treatment. These actions/lack of actions amount to a deliberate indifference to known medical needs.

Again, on information and belief, the scope of responsibility and a proximate cause for Ethan's death extends beyond the deputies/jailers of Coffee County Sheriff's Office to the negligent conduct and omissions of Sheriff Ramsey Bennett himself, who, among other things, as required by O.C.G.A. §§ 42-5-2, 42-4-4(a)(2) and 42-4-32(d) violated the legislative duty owed to Ethan by failing to furnish him, an inmate in his custody and care, with adequate and necessary medical and hospital attention, which breaches are a proximate cause of Ethan's pain, suffering, and untimely death.

On behalf of Ethan Taylor's parents, I hereby provide notice of their intent to take legal action against Pierce County Sheriff Ramsey Bennett and any employees or agents (former or current) of the Pierce County Sheriff's Department, who are responsible (in part or in whole) for the damages suffered by Ethan Taylor, including his wrongful death.

Ethan Taylor's parents' claims on his behalf include, but are not limited to, negligence, mental and physical pain and suffering, deprivation of Georgia and the United States constitutional rights, deliberate indifference, wrongful death, punitive damages, medical expenses, funeral and burial expenses, attorney's fees and legal expenses. The amount of loss they claim is $5,000,000.00.

The purpose of this correspondence is to satisfy O.C.G.A. § 36-11-1 and all other Georgia statutes regarding *ante litem* notice. Additionally, this notice is given to afford you the opportunity to investigate this claim, ascertain evidence and avoid unnecessary litigation. Pursuant to O.C.G.A. § 33-3-28, on behalf of the parents of their deceased son, Ethan Taylor, please provide me with a statement with regard to each liability policy of insurance which may provide coverage for this claim, including excess or umbrella coverage, the name

of the insurer, the name of each insured, and the limits of coverage. A copy of the declarations page of each policy is requested. This request is being sent to you via certified mail return receipt requested.

**Please preserve all evidence of video and electronic recordings during the entire period of Ethan Taylor's confinement, including but not in any way limited to, the isolation cell/s or hallways where Ethan Taylor was confined, and any 911 calls or other communications transmitted, prior to his death.**

If you have any questions or if you would like to discuss this matter further, please give me a call.

Cordially,

Brent J. Savage
SAVAGE, TURNER, PINCKNEY,
SAVAGE & SPROUSE

A. Alex Brown
BROWN & THIGPEN, P.C.

/rp-lah

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Neal Bennett
Pierce Co. Board of Commissioner
312 Nichols Street, Ste #5
Blackshear, GA 31512

9590 9402 8437 3156 4277 01

2. Article Number (Transfer from service label)

9589 0710 5270 0632 4458 25

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

Lindsay Thomas        4/24/2021

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☑ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adam Craft, ESq.
Pease McGee + Craft, P.C
P.O. Box 679
Waycross, GA 31502

9590 9402 8437 3156 4276 88

2. Article Number *(Transfer from service label)*

9589 0710 5270 0632 4458 18

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☑ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    sured Mail Restricted Delivery
    ver $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items **1, 2,** and **3.**
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ramsey Bennett
Pierce Co. Sheriff's Office
300 Pierce Industrial Blvd
Blackshear, GA 31516

9590 9402 8437 3156 4276 95

2. Article Number *(Transfer from service label)*

9589 0710 5270 0632 4458 01

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____     ☐ Agent
                              ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
Jennik Cen                          4·25·

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☑ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  ☐ Insured Mail
  ☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811,** July 2020 PSN 7530-02-000-9053

Domestic Return Receipt