# EXHIBIT B

STATE OF ALABAMA )
COUNTY OF SHELBY )

### AFFIDAVIT OF JOHNNY BATES, MD FASAM FACCP MMM CPE CCHP CCHP-P CPHIMS

Personally appeared before the undersigned officer duly authorized to administer oaths in this state, JOHNNY BATES, **MD FASAM FACCP MMM CPE CCHP CCHP-P CPHIMS**, who after being duly sworn, deposes and states as follows:

1. I am over eighteen (18) years of age and am otherwise competent to give this affidavit.

2. I understand that I am giving this affidavit in support of the medical malpractice action involving the death and care provided to Ethan Taylor.

3. This affidavit is based on my own personal knowledge, training, and experience, along with my review of certain medical records pertaining to Ethan Taylor.

4. I have been practicing medicine and have been licensed to practice medicine in the State of Alabama since 1985.

5. During at least three of the last five years immediately preceding the acts and omissions discussed herein, which occurred in 2023, I was practicing medicine within the specialty of correctional medicine, including caring for individuals being house or incarcerated in correctional facilities who suffered from substance withdrawals, with sufficient frequency to establish an appropriate level of knowledge in caring for individuals suffering from substance withdrawal inside of correctional facilities.

6. I have been board-certified by the American Board of Preventive Medicine with a specialty in Addiction Medicine since January 1st, 2020. I have also been board-certified by the American Board of Internal Medicine since September 16th, 1987.

7. I am a fellow of the American College of Addiction Medicine and the American College

of Correctional Physicians. I am a certified Correctional Healthcare professional and a Certified Correctional Healthcare Professional-Physician.

8. My curriculum vitae is attached hereto and is expressly incorporated herein by reference.

9. I have supervised and worked with registered nurses (RN), licensed practical nurses (LPN), and mid-level providers as part of my practice in providing care to individuals suffering from substance withdrawals who are being held in a correctional facility, including during at least three of the last five years immediately preceding Ethan Taylor's death. As a result, I am familiar with the standard of care applicable to RNs, LPNs, and mid-level providers.

10. I have reviewed the pertinent medical records of Ethan Taylor from the following institutions in connection with giving this Affidavit:

    a. Faith Family Practice provided by Pierce County Jail

11. It is my opinion to a reasonable degree of medical certainty, that, Chanda Shubert, LPN deviated from the standard of care employed by licensed practical nurses in similar conditions and like surrounding circumstances during her treatment of Ethan Taylor in the following ways:

    a. failing to properly assess and treat Ethan Taylor's condition; and

    b. failing to properly monitor Ethan Taylor after realizing his withdrawal from fentanyl.

12. It is my opinion to a reasonable degree of medical certainty, that, Bradley Page, PA-C deviated from the standard of care employed by mid-level providers in similar conditions and like surrounding circumstances during his treatment of Ethan Taylor in the following ways:

      a.    failing to properly assess and treat Ethan Taylor's condition; and

      b.    failing to properly monitor Ethan Taylor after realizing his withdrawal from fentanyl.

13. It is my opinion to a reasonable degree of medical certainty, that, Jerry Mullis, MD deviated from the standard of care employed by physicians in similar conditions and like surrounding circumstances during his treatment of Ethan Taylor in the following ways:

      a.    failing to properly assess and treat Ethan Taylor's condition; and

      b.    failing to properly monitor Ethan Taylor after realizing his withdrawal from fentanyl.

14. It is my opinion to a reasonable degree of medical certainty, that, Clay Lee, MD deviated from the standard of care employed by physicians in similar conditions and like surrounding circumstances during his treatment of Ethan Taylor in the following ways:

      a.    failing to properly assess and treat Ethan Taylor's condition; and

      b.    failing to properly monitor Ethan Taylor after realizing his withdrawal from fentanyl.

15. My opinions are based on my personal knowledge, education, training, and experience, as well as my review of the above-referenced medical records.

16. This affidavit is given in order to comply with O.C.G.A. § 9-11-9.1. It is not intended to encompass all of the opinions held by me. I reserve the right to modify and/or supplement my opinions upon consideration of additional information.

FURTHER AFFIANT SAYETH NAUGHT.

This 10th day of April, 2025

Johnny Bates, MD

Sworn and subscribed before me,

this 10 day of April, 2025

Hannah Dickinson
Notary Public

